# United States District Court
## For the Florida
## 9th District of Fort Myers
## Middle Division

Malek Dijohn Austin
(plaintiff)

Case No. 2:23-cv-114-JLB-NPM

-V-

FLORIDA Department of Corrections,
Centurion Management Care,
Michael J. McClure,
Officer Strider,
Officer Kirdy,
Officer Estrada
(Defendant's)

## Complaint for Violation of Civil Rights
### (Prisoner Complaint)

FILED 2023 FEB 21 PM 1:33
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Malek Dijohn Austin
All other names by which you have been known:
ID Number: E53903
Current Institution: Charlotte Correctional Institution
Address: 33123 Oilwell Road
Punta Gorda, Florida 33955-9701

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Malek Dijohn Austin v. Michael J. McClure
Job or Title (if known): Mental Health Psychologist
Shield Number:
Employer: Charlotte Correctional Inst.
Address: Centurion Management Care / Florida department of Corrections
Punta Gorda, Florida 33955-9701
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
Name: Officer Strider
Job or Title (if known): Correctional Officer
Shield Number:
Employer: FLORIDA DEPARTMENT OF CORRECTION
Address: Charlotte Correctional Institution
Punta Gorda, Florida 33955-9701
[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
  Name: Sargent Kirdy
  Job or Title (if known): Correctional Officer
  Shield Number:
  Employer: Florida Department of Corrections
  Address: Charlotte Correctional Institution 33123 Oil Well RD
  Punta Gorda, Florida 33955-9701
      City          State          Zip Code
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Officer Estrada
  Job or Title (if known): Correctional Officer
  Shield Number:
  Employer: Florida Department of Corrections
  Address: Oilwell RD, 33123
  Punta Gorda, Florida 33955-9701
      City          State          Zip Code
  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? State officials + Psycologist are in violation of My eigth, and 14th Amendment. Deprivations of Mental Health/Medical Services, Programs, and Treatment. Officials also acted Negligently in the proformance of their Duties. State or officals caused me intentional inflection of emotional pain under-State, and denied me Liberty, + Justice provided to all.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I made officers and Mental Health Staff aware of my psychological Distress, and denied me adiquit Services. Their Job is to ensure me protection, and treatment during psychological crissis. I Begged for help, and was denied adiquit care By Mental Health. After making Officer staff aware of my destraught Mental state they still alowed me the opprotunity to harm myself. A Direct Violation of Care, Custody, and Control Policy. Both Hired Defendants Acted Negligent will-fully while in the Performances of their Active duty.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was commited to Charlotte correctional Institution; In F-1 DoRMATORY Cell Number: 1113 LOWER BUNK.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 29th, 2022 ; November 30th, 2022 at Approximately 7:00am - 4:30pm.
— Both Days —

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On November 29th, 2022 I was denied Mental Health Services and adiquit Treatment by perfessional Mental Health Workers. Officers Allowed me to remain unsupervised after making them aware I was contemplating Suicide. All Parties mentioned denied me proper care, while being in their custody. All of this can be refrenced and supported by Audio/Video Survailence, Also medical records show the Injuries I sustained in the act of trying to recive help. November 30th is the day I made staff aware that my condition was actually worsening, After still denying me treatment I began cutting myself in attempt to commit suicide.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I sustained lacerations from cutting and digging into my flesh with a dull razor. I suffer emotional trama when looking at my wounds. I have a hard time trusting people in athority which causes me in turn to discriminate aginst all officials in uniform. I have night-mares about the incident that took place. I suffer Perinnoia that the medications they now give me are to harm me mentally and physically.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am Requesting Monatary Relife for the following: Violation of constitutional Rights, Mental Deprivation-$30,000, Injuries-$40,000, Physical Anquish-$25,000, Mental Anquish-25,000, Pain and Suffering$30,000. Also expenses of counciling and Outpatient care for a 5year period paid for when I am released. I also ask that they be ordered to Pay for any Psychotropic Medications I am required to take.

Medical MalPractice-$120,000

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Charlotte Correctional Institution_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _At Charlotte Correctional Institution_

2. What did you claim in your grievance?

   _They acted Negligent and violated my Constitutional Rights._

3. What was the result, if any?

   _They denied me of any Remedy_

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _I appealed my grievance to the highest level possible._

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   None

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   None

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   "See Attatched".

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

None

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?

      ☐ Yes

      ☑ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __Malek Dijohn Austin__
   Defendant(s) __Brevard County Sherriff's Department.__

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition __Dont Remember__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __Nothing__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-14-23

Signature of Plaintiff: *Malek Austin*
Printed Name of Plaintiff: Malek Dyjohn Austin
Prison Identification #: E53903
Prison Address: 33123 Oilwell Road
Punta Gorda, Florida 33955-9701

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____